**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MICHELE MCLEOD-WISIENSKI,   Case No. 18-cv-11671
　　　　　　　　　　　　　　　　Hon. Terrence G. Berg

　　　　Plaintiff,

vs.

WAYNE COUNTY SHERIFF'S DEPUTY JANE DOE # 1,
WAYNE COUNTY SHERIFF'S DEPUTY JANE DOE #2,
WAYNE COUNTY SHERIFF'S DEPUTY JANE DOE #3,
RENELLA THOMAS,
LASONYA THOMAS,
CLAFTON THOMAS,
and ADRIENE WATSON

In their individual capacities, jointly and severally,
and WAYNE COUNTY, a Municipal Corporation.

　　　　Defendants,
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBPOENA PRIOR TO RULE 26(f) CONFERENCE, PURSUANT TO RULE 26(d)

Plaintiff has moved this Court for a subpoena prior to Rule 26(f) conference, pursuant to rule 26(d) to obtain an unredacted FOIA response and the identities of individual Defendants to this instant suit from Defendant WAYNE COUNTY. Plaintiff's Motion is based in part on Fed. R. Civ. P. 26(d)(1). In support of her motion, Plaintiff attached her FOIA request, Defendant WAYNE COUNTY'S redacted response, and Plaintiff's Complaint and Ex Parte Motion to Compel filed

1

in State Circuit Court. The information requested by Plaintiff is necessary for Plaintiff to obtain service of the individually named Defendants prior to the running of the relevant statute of limitations on or around July 21, 2018.

Accordingly, the Court concludes that the Plaintiff's subpoena request is GRANTED.

THEREFORE it is this 12th day of June, 2018, ORDERED that Plaintiffs' Motion for Subpoena Prior to Rule 26(f) Conference, Pursuant to Rule 26(d) is granted;

ORDERED that Defendant Wayne County shall furnish unredacted responses to Plaintiff's FOIA request within seven (7) days.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 12, 2018